MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Tel:  +1.310.907.1000
Fax:  +1.310.907.1001

MORGAN, LEWIS & BOCKIUS LLP
Gurinder S. Grewal, Bar No. 277975
gurinder.grewal@morganlewis.com
One Market Spear, Street Tower
San Francisco, CA 94105-1596
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Defendant
AFFIRM, INC. erroneously sued as AFFIRM HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVIS DRISKILL,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and AFFIRM HOLDINGS, INC.,<br><br>　　　　　　　Defendants. | Case No. 3:24-CV-00583-AMO<br><br>**JOINT ADMINISTRATIVE MOTION FOR VIRTUAL APPEARANCES AT JUNE 6, 2024 SCHEDULING CONFERENCE** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

JOINT ADMINISTRATIVE MOTION FOR VIRTUAL APPEARANCES AT JUNE 6, 2024 SCHEDULING CONFERENCE
CASE NO.: 3:24-CV-00583-AMO

DB2/ 48192342.1

1  Plaintiff Travis Driskill, and Defendants Affirm, Inc. erroneously sued as Affirm Holdings, Inc. and Experian Information Solutions, Inc. (together, the "Parties"), jointly file this administrative motion seeking remote appearances at the June 6, 2024 Scheduling Conference in this action.

The Parties stipulate and agree that remote appearances by Zoom for the Scheduling Conference are preferred over in-person appearances because the matters to be discussed at the Scheduling Conference can be handled effectively via Zoom.

Therefore, the Parties request that the Court grant this administrative motion for remote appearances, and order that the Parties shall appear for the June 6, 2024 Scheduling Conference via Zoom.

If the Court grants this administrative motion, the Parties agree that they will each email Judge Martínez-Olguín's Courtroom Deputy, Alexis Solorzano, at amocrd@cand.uscourts.gov, at least two (2) court days in advance of the Scheduling Conference with a list of counsel who will be taking the lead speaking role on behalf of a party, along with any other counsel who will be appearing for that party.

Dated: May 30, 2024                    MORGAN, LEWIS & BOCKIUS LLP

                                        By  /s/ *Arjun P. Rao*
                                            Arjun P. Rao
                                            Gurinder S. Grewal

                                            Attorneys for Defendant
                                            AFFIRM, INC. erroneously sued as
                                            AFFIRM HOLDINGS, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 48192342.1

2

JOINT ADMINISTRATIVE MOTION FOR VIRTUAL APPEARANCES AT JUNE 6, 2024 SCHEDULING CONFERENCE
CASE NO.: 3:24-CV-00583-AMO

| | |
|---|---|
| Dated: May 30, 2024 | By:     */s/ Craig C. Marchiando*<br>Craig C. Marchiando (SBN 283829)<br>**CONSUMER LITIGATION ASSOCIATES, P.C.**<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Tel: (757) 930-3660<br>Fax: (757) 257-3450<br>craig@clalegal.com<br><br>*Attorney for Plaintiff* |
| Dated: May 30, 2023 | JONES DAY<br><br>BY: *ic/ TJ Herron*<br>TJ Herron<br><br>Cheryl L. O'Connor<br>coconnor@jonesday.com<br>TJ Herron<br>therron@jonesday.com<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>Telephone:  +1.949.851.3939<br>Facsimile:   +1.949.553.7539<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the administrative motion for remote appearances at the June 6, 2024 Scheduling Conference by Plaintiff Travis Driskill, and Defendants Affirm, Inc. erroneously sued as Affirm Holdings, Inc. and Experian Information Solutions, Inc. (together, the "Parties") is GRANTED. The Parties shall appear for the June 6, 2024 Scheduling Conference via Zoom, and shall each email the Courtroom Deputy, Alexis Solorzano, at amocrd@cand.uscourts.gov, at least two (2) court days in advance of the Scheduling Conference with a list of counsel who will be taking the lead speaking role on behalf of a party, along with any other counsel who will be appearing for that party.

_____
Hon. Araceli Martínez-Olguín
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 48192342.1

3

JOINT ADMINISTRATIVE MOTION FOR VIRTUAL APPEARANCES AT JUNE 6, 2024 SCHEDULING CONFERENCE
CASE NO.: 3:24-CV-00583-AMO